IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ARMANI ADAMES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.: ) 1:22-cv-00036-CEF ) |
| RUTH'S HOSPITALITY GROUP, INC., | ) ) JUDGE CHARLES ESQUE FLEMING ) |
| Defendant. | ) **STIPULATION FOR DISMISSAL** ) **ENTRY** ) ) ) |

We, the parties, do hereby stipulate that the above-captioned matter may be dismissed with prejudice, with each party to bear his or its own costs and, further, that the Court may enter an Order accordingly, notice by the clerk hereby being waived.

Dated: July 9, 2024                                         Respectfully submitted,

/s/ *Robert B. Kapitan*                                     /s/ *Gregory V. Mersol*

Robert B. Kapitan (0074327)                                 Gregory V. Mersol (0030838)
Anthony J. Lazzaro (0077962)                                Carrie Valdez (0094004)
Lori M. Griffin (0085241)                                   BAKER & HOSTETLER LLP
The Lazzaro Law Firm, LLC                                   Key Tower
The Heritage Building, Suite 250                            127 Public Square, Suite 2000
34555 Chagrin Boulevard                                     Cleveland, Ohio 44114-1214
Moreland Hills, OH 44022                                    Telephone:   216.621.0200
Phone: 216-696-5000                                         Facsimile:   216.696.0740
Facsimile: 216-696-7005                                     gmersol@bakerlaw.com
robert@lazzarolawfirm.com                                   cvaldez@bakerlaw.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com                                     Attorneys for Defendant

Attorneys for Plaintiff

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: July 9, 2024